IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION (NO. II) | MDL No. 2789<br>Hon. Claire C. Cecchi |
| THIS DOCUMENT RELATES TO:<br><br>MARY MURPHY, Individually and as the Representative of the Estate of GARLAND MURPHY, Deceased<br><br>                    Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES, ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, MERCK & CO. INC. D/B/A MERCK, SHARP & DOHME CORPORATION, PFIZER, INC., TAKEDA PHARMACEUTICALS USA, INC., TAKEDA PHARMACEUTICALS AMERICA, INC., TAKEDA DEVELOPMENT CENTER AMERICAS, INC. F/K/A TAKEDA GLOBAL RESEARCH & DEVELOPMENT CENTER, INC., and TAKEDA PHARMACEUTICAL COMPANY LIMITED<br><br>                    Defendants. | Civil Action No.: 2:18-cv-07450 |

**STIPULATION OF DISMISSAL OF DEFENDANT PFIZER INC.**

IT IS HEREBY STIPULATED by and between all parties who have appeared, that the above-captioned action is voluntarily dismissed, without prejudice, only against Defendant Pfizer Inc., pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), with the parties to bear their own costs. All other Defendants remain in this action, and Plaintiff will continue to pursue the action against them.

IT IS SO STIPULATED:

DATED: June 14, 2019                    Respectfully submitted,

By:   /s/ K. Camp Bailey
      K. Camp Bailey (TBN: 24006782)
      Robert W. Cowan (TBN: 24031976)
      Bailey Cowan Heckaman PLLC
      5555 San Felipe St., Suite 900
      Houston, Texas 77056
      713-425-7100 Telephone
      713-425-7101 Facsimile
      bailey-svc@bchlaw.com

      *Attorneys for Plaintiff*


By:   /s/ Loren H. Brown
      Loren H. Brown
      Cara D. Edwards
      Lucas P. Przymusinski
      DLA Piper LLP (US)
      1251 Avenue of the Americas, 27th Floor
      New York, NY 10020-1104
      (212) 335-4500
      loren.brown@dlapiper.com
      cara.edwards@dlapiper.com
      lucas.przymusinski@dlapiper.com

      Matthew A. Holian
      Katherine W. Insogna
      DLA Piper LLP (US)
      33 Arch Street, 26th Floor
      Boston, MA 02110-1447
      (617) 406-6009
      matt.holian@dlapiper.com
      katie.insogna@dlapiper.com

      *Attorneys for Defendant Pfizer Inc.*

By:    /s/ Amy K. Fisher
        Amy K. Fisher
        Ice Miller LLP
        One American Square, Suite 2900
        Indianapolis, IN 46282-0200
        (317) 236-5842
        amy.fisher@icemiller.com

*Attorney for Defendant AstraZeneca Pharmaceuticals LLP, AstraZeneca LP, Merck & Co. Inc. D/B/A Merck, and Sharp & Dohme Corporation*

By:    /s/ Sherry A. Knutson
        Sherry A. Knutson
        Tucker Ellis LLP
        233 South Wacker Drive, Suite 6950
        Chicago, IL 60606
        (312) 624-6322
        sherry.knutson@tuckerellis.com

*Attorney for Abbott Laboratories, Takeda Pharmaceuticals USA, Inc., Takeda Pharmaceuticals America, Inc., Takeda Development Center Americas, Inc. F/K/A Takeda Global Research & Development Center, Inc., and Takeda Pharmaceutical Company Limited*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: /s/ K. Camp Bailey